# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2024

## NO. 03-22-00177-CV

**Shree Shrestha, M.D. and HMIH Cedar Crest, LLC d/b/a Cedar Crest Hospital & RTC, Appellants**

**v.**

**Claudia Johnson, Individually and As Representative of the Estate of Tony Johnson, Jr., Appellee**

---

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE SMITH**

---

This is an appeal from the interlocutory order signed by the trial court on March 11, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.